IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LUVATA GRENADA LLC                                                                                    PLAINTIFF

V.                                                                                          NO. 4:14-CV-074-SA-JMV

DANFOSS INDUSTRIES S.A. DE C.V.                                                                     DEFENDANT

**NOTICE OF CROSS-APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE FIFTH CIRCUIT**

By this notice, Defendant Danfoss Industries S.A. de C.V. cross-appeals to the United States Court of Appeals for the Fifth Circuit from the Order and Memorandum Opinion of the United States District Court entered on June 2, 2015 [Docs. 21 and 22]. Specifically, Defendant appeals the District Court's denial of its motion to dismiss for lack of subject matter jurisdiction.

THIS, the 9th of July, 2015.

                                            Respectfully submitted,

                                            DANFOSS INDUSTRIES S.A. de C.V.

                                            */s/ J. Cal Mayo, Jr.*
                                            J. CAL MAYO, JR. (MB NO. 8492)
                                            KATE MAULDIN EMBRY (MB NO. 102731)
                                            *Attorneys for Defendant*

OF COUNSEL:

MAYO MALLETTE PLLC
5 University Office Park
2094 Old Taylor Road
Post Office Box 1456
Oxford, Mississippi  38655
Telephone: (662) 236-0055
Facsimile:  (662) 236-0035
cmayo@mayomallette.com
kembry@mayomallette.com

## CERTIFICATE OF SERVICE

I, J. Cal Mayo, Jr., one of the attorneys for Defendant Danfoss Industries S.A. de C.V. certify that I have electronically filed this document using the ECF system with the Clerk of the Court, who forwarded a copy to counsel of record.

THIS, the 9th of July, 2015.

                                          */s/ J. Cal Mayo, Jr.*
                                          J. CAL MAYO, JR.